# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Courtney Brensinger, | Case No. 2:23-cv-01254-RFB-DJA |
| Plaintiff, | |
| v. | Order |
| Spring Valley Hospital, | |
| Defendant. | |

Plaintiff's counsel—Kristina S. Holman, Esq.—has moved to withdraw her representation of Plaintiff Courtney Brensinger, explaining that Plaintiff has discharged Holman. (ECF No. 12). Holman further explains that the case is in its preliminary stages and Defendant recently raised the issue of arbitration, meaning that there will be no delay of any pretrial proceedings, discovery, trial, or a hearing. (*Id.*). Plaintiff has not responded to the motion to withdraw.

Under Local Rule ("LR") IA 11-6(b), "[i]f an attorney seeks to withdraw after appearing in a case, the attorney must file a motion or stipulation and serve it on the affected client and opposing counsel." LR IA 11-6(b). Under Local Rule 7-2(d) the failure of a party to oppose a motion constitutes that party's consent to the granting of the motion. The Court finds that Plaintiff's counsel has met the requirements of LR IA 11-6(b). Plaintiff has also not responded, constituting her consent to the granting of the motion.

**IT IS THEREFORE ORDERED** that Kristina S. Holman, Esq.'s motion to withdraw (ECF No. 12) is **granted**. The Clerk of Court is kindly directed to remove Kristina S. Holman, Esq. as counsel of record and from the electronic service list for this case.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall add the last known address and email address of Plaintiff to the civil docket and send a copy of this Order to Plaintiff's last known address:

> Courtney B. Brensinger
>
> 121 Sir George Drive
>
> Las Vegas, NV 89110
>
> mflsqueen@aol.com

**IT IS FURTHER ORDERED** that on or before **November 20, 2023**, Plaintiff must file a status report with the Court indicating whether she will proceed in this action *pro se* or will retain counsel. Alternatively, if Plaintiff obtains new counsel before November 20, 2023, Plaintiff's new counsel may file a notice of appearance in this case on or before **November 20, 2023** in lieu of a status report. **Failure to comply with this order may result in a recommendation to the district judge that this case be dismissed.**

DATED: October 19, 2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE