Wendy Medura Krincek
Nevada Bar No. 6417
Diana G. Dickinson
Nevada Bar No. 13477
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada  89169.5937
Telephone:  702.862.8800
Fax No.:  702.862.8811
wkrincek@littler.com
ddickinson@littler.com

*Attorneys for Defendant*
VALLEY HEALTH SYSTEM LLC d/b/a SPRING VALLEY HOSPITAL MEDICAL CENTER

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| COURTNEY B. BRENSINGER,<br><br>Plaintiff,<br><br>v.<br><br>SPRING VALLEY HOSPITAL,<br><br>Defendant. | Case No. 2:23-cv-01254-RFB-DJA<br><br>**STIPULATION AND ORDER DISMISSING ACTION PENDING ARBITRATION** |

Pro se Plaintiff COURTNEY BRENSINGER ("Plaintiff") and Defendant VALLEY HEALTH SYSTEM LLC d/b/a SPRING VALLEY HOSPITAL MEDICAL CENTER ("Defendant") (collectively the "Parties") do hereby stipulate and agree as follows:

WHEREAS on May 1, 2017, Plaintiff agreed to arbitrate disputes with Defendant concerning any past, present or future dispute arising out of or related to Plaintiff's application for employment, employment and/or termination of employment;

WHEREAS in April 2023, Plaintiff filed a Complaint, entitled *Courtney B. Brensinger v. Spring Valley Hospital*, Case No. A-23-869742-C, in the Eighth Judicial District Court of Clark County, Nevada, alleging a claim for wrongful termination based on "state and federal statutes related to disability";

WHEREAS, the claims alleged in the action fall within the scope of The Valley Health System Alternative Resolution for Conflicts ("ARC") Agreement;

1  WHEREAS On August 11, 2023, Defendant filed its Notice of Removal with this Court (ECF No. 1);

3  WHEREAS Defendant filed a Motion to Compel Arbitration on August 11, 2023 (ECF No. 2);

5  WHEREAS Plaintiff has not opposed or otherwise responded to the Motion to Compel Arbitration;

7  WHEREAS on August 30, 2023, Defendant filed a Notice of Non-Opposition with the Court (ECF No. 9);

9  WHEREAS the Parties agree that it would be in the best interests of judicial economy and in the best interests of the Parties for Plaintiff to move this action to arbitration and to stipulate to dismissal of this action, without prejudice;

12  NOW THEREFORE, the Parties hereby stipulate and respectfully request that the Court orders as follows:

14  1.  The instant action, in its entirety, shall be dismissed without prejudice and Plaintiff shall submit it to binding arbitration pursuant to the terms of ARC Agreement.

16  2.  This dismissal, without prejudice, shall not prevent either party from asserting any objection or defense, including, but not limited to, whether the request for arbitration has been timely brought.

/ / /

/ / /

/ / /

3. Each party shall bear its own fees and costs before this Court as of this date.

IT IS SO STIPULATED.

Dated: November 30, 2023

Respectfully submitted,

_____
COURTNEY B. BRENSINGER

*Pro se*

Dated: December 6, 2023

Respectfully submitted,

_____
WENDY MEDURA KRINCEK, ESQ.
DIANA G. DICKINSON, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
VALLEY HEALTH SYSTEM LLC d/b/a
SPRING VALLEY HOSPITAL MEDICAL
CENTER

**IT IS SO ORDERED.**

Dated: 12/11/2023

_____
UNITED STATES DISTRICT JUDGE

4865-1997-1986.1 / 069080-1246

3